| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | JAMES P. DIWIK (Bar No. 164016; james.diwik@sdma.com) |
| 2 | JOEL M. LONG (Bar No. 226061; joel.long@sdma.com) |
| | One Market Plaza, Steuart Tower, 8th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |

Attorneys for Plaintiff
First National Insurance Company of America

LAW OFFICES OF CLINTON A. JOHNSON
CLINTON A. JOHNSON (Bar No. 57407; clintonjohnson@aol.com)
The Leamington, Suite 506
1814 Franklin Street
Oakland, California 94612
Telephone:  (510) 273-8886
Facsimile:  (510) 836-2307

Attorneys for Defendants
Ross Keith Dorsa and Katherine Ann Dorsa,
Individually and as Trustees of The
Dorsa Family Revocable Trust, Est. April 4, 2005

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | CASE NO. 5:10-cv-03879-~~PVT~~  JF |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR PROCESS; [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| HSR GENERAL ENGINEERING CONTRACTORS, INC. doing business as HSR, INC., et al., | |
| Defendants. | |

Plaintiff First National Insurance Company of America and defendants Ross Keith Dorsa and Katherine Ann Dorsa, individually and as trustees of The Dorsa Family Revocable Trust, Established April 4, 2005, pursuant to Civil L.R. 6-2 and 7-12, stipulate to continue the January 26, 2011 deadline to complete private ADR by 30 days to February 25, 2011, for the reasons discussed in the parties' November 9, 2010 Joint Case Management Statement (Document No.

11 on the Court's docket), in particular Paragraph 20 of that statement.[1]

DATED:  January 26, 2011          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Joel M. Long
    Joel M. Long
    Attorneys for Plaintiff
    First National Insurance Company of America

DATED:  January 26, 2011          LAW OFFICES OF CLINTON A. JOHNSON

By: /s/ Clinton A. Johnson
    Clinton A. Johnson
    Attorneys for Defendants Ross Keith Dorsa and
    Katherine Ann Dorsa, Individually and as Trustees for
    The Dorsa Family Revocable Trust, Est. April 4, 2005

**IT IS SO ORDERED.**

Dated:  2/11/11

_____
Jeremy Fogel
United States District Judge

---

[1] Defendant HSR General Engineering Contractors, Inc. doing business as HSR, Inc. is in Chapter 11 bankruptcy and was previously dismissed without prejudice.