UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 17, 2011         Time: 4 mins
**Case Number:** CV-10-3879-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

---

**TITLE:** FIRST NATIONAL INSURANCE CO. V. HSR GENERAL ENGINEERING CONTRACTORS

                        **PLAINTIFF**                           **DEFENDANT**

**Attorneys Present: Joel Long**                **Attorneys Present: Clinton Johnson**

PROCEEDINGS:

    Further case management conference held. Parties are present. Continued to 9/16/11 at 10:30 a.m. for further case management conference.