SEDGWICK LLP
JAMES P. DIWIK (Bar No. 164016)
james.diwik@sedgwicklaw.com
JOEL M. LONG (Bar No. 226061)
joel.long@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, California 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
First National Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HSR GENERAL ENGINEERING CONTRACTORS, INC. doing business as HSR, INC., et al.,<br><br>Defendants. | CASE NO. 5:10-cv-03879-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff First National Insurance Company of America's ("FNICA") motion for partial summary judgment (the "Motion") was heard on January 12, 2012, before the Hon. Richard Seeborg. Having considered the documents, evidence, and argument in support of and in opposition to the Motion, the Court rules as follows:

1. The Motion is granted.

2. A judgment will be entered in favor of FNICA on its first cause of action for breach of contract against defendants Ross Keith Dorsa, Katherine Ann Dorsa, and The Dorsa Family Revocable Trust, Established April 4, 2005, jointly and severally, in the amount of $1,836,491.

///

1  3. Within five court days after entry of this Order, FNICA shall file and serve a form
2  of judgment setting forth the relevant parts of this Order, along with the dismissal without
3  prejudice of FNICA's remaining causes of action, for immediate entry by the Court.
4  4. Within ten court days after entry of this Order, FNICA shall file and serve its
5  motion for prejudgment interest and attorney's fees and costs pursuant to Civil L.R. 54 and Rule
6  59(e) of the Federal Rules of Civil Procedure.
7  5. Within five court days after the Court rules on FNICA's motion for prejudgment
8  interest and attorney's fees and costs, FNICA shall file and serve an amended form of judgment
9  including any additional amounts awarded for immediate entry by the Court.
10  6. The amended judgment shall be retroactively dated, *nunc pro tunc*, to correspond
11  with the date of entry of the initial judgment.
12  IT IS SO ORDERED.
13
14  Date: _____   _____
     Richard Seeborg
15   United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28