IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRST NATIONAL INS. CO., | No. C 10-03879 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| HSR GENERAL ENGINEERING, et al., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The motion hearing in the instant case scheduled for May 3, 2012 shall be continued to **May 31, 2012 at 1:30 p.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

Dated: 4/12/12

For the Court,
RICHARD W. WIEKING, Clerk

*Corinne Lew*

By:
Courtroom Deputy Clerk